UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL,

        Plaintiff,                    Case no. 10-11371
                                                    Honorable John Corbett O'Meara

v.

CYNTHIA GAUSE, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation, filed February 3, 2011. No objections have been filed by the parties. The Court having reviewed the matter and being fully advised;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that the complaint is DISMISSED SUA SPONTE as to Defendant James Armstrong.

                                                              s/John Corbett O'Meara
                                                              United States District Judge

Date:  February 23, 2011


       I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 23, 2011, using the ECF system and/or ordinary mail.

                                                              s/William Barkholz
                                                               Case Manager