UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL,

        Plaintiff,        Case no. 10-11371
                                Honorable John Corbett O'Meara

v.

CYNTHIA GAUSE, et al.,

        Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge R. Steven Whalen's Report and Recommendation, filed February 1, 2011 (document no. 40), as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ACCEPTED and ADOPTED as the findings and conclusions of this Court.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: March 4, 2011

       I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 6, 2011, using the ECF system and upon Plaintiff at Earnest C. Brooks Correctional Facility, 2500 S. Sheridan Drive, Muskegon Heights, Michigan 49444 by first-class U.S. mail.

                                              s/William Barkholz
                                              Case Manager