UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL,

        Plaintiff,        Case no. 10-11371
                              HON. JOHN CORBETT O'MEARA

v.

CYNTHIA GAUSE, *et al.*,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge R. Steven Whalen's Report and Recommendation (document no. 61), filed August 5, 2011, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that Plaintiff's motion for temporary restraining order is DENIED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  August 30, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 30, 2011, using the ECF system, and upon Arthur Campbell at Gus Harrison Correctional Facility (ARF), 2727 Beecher Street, Adrian, Michigan 49221 by first-class U.S. mail.

                                            s/William Barkholz
                                            Case Manager