UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL,

    Plaintiff,

v.

CYNTHIA GAUSE, *et. al.*,

    Defendants.
                                       /

Case No. 10-11371

Honorable John Corbett O'Meara

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge R. Steven Whalen's report and recommendation, filed February 11, 2014, as well as any objections filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this Court.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: March 5, 2014

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 5, 2014, using the ECF system and/or ordinary mail.

                                                  s/William Barkholz
                                                Case Manager