UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL, *et al.*,

        Plaintiff,        Civil No. 10-11371
                              District Judge John Corbett O'Meara
-v-                            Magistrate Judge R. Steven Whalen

CYNTHIA GAUSE, et al.,

        Defendants.
_____/

**ORDER**

      Plaintiff Arthur Campbell, a *pro se* prison inmate in this civil rights action, has filed a motion to expedite disposition of his case [Doc. #110]. His interest in having his case expedited is understandable, given it's long procedural history. However, in its opinion remanding this case [Doc. #101], the Sixth Circuit, noting the deficiencies of Mr. Campbell's former *pro bono* counsel, suggested that "circumstances may still exist that would warrant the appointment of substitute counsel to assist Campbell with filing a response to the defendants' renewed motion for summary judgment." By separate order, I am staying this case for a period of 30 days so that the Court can attempt to obtain new counsel. Accordingly, the present motion to expedite [Doc. #110] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: November 18, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 18, 2015, electronically and/or by U.S. mail.

s/C. Ciesla
Case Manager