UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL,

    Plaintiff,

Case No. 10-11371

Honorable John Corbett O'Meara

v.

CYNTHIA GAUSE, *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S FEBRUARY 9, 2016 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's February 9, 2016 Report and Recommendation, as well as plaintiff Campbell's February 23, 2016 objections filed thereto.

After conducting a *de novo* review of the matter, the court hereby **ORDERS** that Magistrate Judge Whalen's February 9, 2016 Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that Plaintiff's cross-motion for summary judgment is **DENIED WITHOUT PREJUDICE.**

    s/John Corbett O'Meara
    United States District Judge

Date: March 22, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 22, 2016, using the ECF system and/or ordinary mail.

    s/William Barkholz
    Case Manager