UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR CAMPBELL,

    Plaintiff,

v.

CYNTHIA GAUSE, *et. al.*,

    Defendants.

                              /

Case No. 10-11371

Honorable John Corbett O'Meara

### ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S FEBRUARY 7, 2017 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge R. Steven Whalen's February 2, 2017 Report and Recommendation, as well as Plaintiff's February 21, 2017 limited objection to the report. Plaintiff's objection seeks only to clarify that his claim brought under the Religious Land Use and Institutionalized Persons Act was not addressed in the Report and Recommendation and has not been dismissed. The court agrees.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Whalen's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that Defendants' motion for summary judgment is **DENIED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: March 21, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 21, 2017, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager